PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

RECEIVED
2005 NOV 29 AM 8:17

DOCKET NUMBER *(Tran. Court)*
7:95-CR-33-001 (WDO)

DOCKET NUMBER *(Rec. Court)*
05-108-TP-SEITZ

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT<br>Middle District of Georgia | DIVISION<br>Valdosta |
|---|---|---|
| **Carmelo Gonzalez**<br>19602 NW 60 Court<br>Miami, FL 33015 | NAME OF SENTENCING JUDGE<br>Honorable Wilbur D. Owens, Jr. | |
| | DATES OF SUPERVISED RELEASE: | FROM 06/15/05    TO 06/14/10 |

**OFFENSE**

Possession With Intent to Distribute Cocaine

FILED by ___ D.C.
MAG. SEC.
DEC 13 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF GEORGIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Filed at 8:17 AM
11/29, 2005
_____
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

10/18/05
Date

Wilbur D. Owens, Jr.
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/17/05
Effective Date

Honorable
U. S. District Judge

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 7:95-CR-33-001 (WDO) |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT **Middle District of Georgia** | DIVISION Valdosta |
|---|---|---|
| **Carmelo Gonzalez** 19602 NW 60 Court Miami, FL 33015 | NAME OF SENTENCING JUDGE Honorable Wilbur D. Owens, Jr. | |
| | DATES OF SUPERVISED RELEASE: | FROM 06/15/05 — TO 06/14/10 |

**OFFENSE**

Possession With Intent to Distribute Cocaine

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF GEORGIA**

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of Florida** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/18/05
Date

*(signed)* Wilbur D. Owens, Jr.
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-17-05
Effective Date

*(signed)*
Honorable
U. S. District Judge

AO 245B (Rev. 3/95) Sheet 1 - Judgment in a Criminal Case

Filed at 8:30 AM
Date 8-10-98

# United States District Court
## Middle District of Georgia

DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
**Carmelo Gonzalez**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 7:95CR00033-001

Sam Greneker, Valdosta, GA - AUSA: Tamara Jarrett
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☐ was found guilty on count(s) after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. ' 841 (a)(1) | Possession with Intent to Distribute Cocaine | 04/12/1995 | 1 |

   The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 07/23/1998 |
| Defendant's Date of Birth: 07/16/1957 | Date of Imposition of Judgment |
| Defendant's USM No.: 50307-004 | |
| Defendant's Residence Address: | |
| 8801 Fountainbleau Blvd. | Signature of Judicial Officer |
| Apt. 308 | |
| Miami       FL       33172 | WILBUR D. OWENS, JR. |
| | U.S. DISTRICT COURT JUDGE |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 8801 Fountainbleau Blvd. | |
| Apt. 308 | August 7, 1998 |
| Miami       FL       33172 | Date |

A true and certified copy.
This ____ , 20__
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: ____

AO 245B (Rev. 3/95) Sheet 2 - Imprisonment
Case 1:05-tp-00108-PAS   Document 1   Entered on FLSD Docket 12/13/2005   Page 4 of 19

Judgment-Page __2__ of __7__

DEFENDANT: Carmelo Gonzalez
CASE NUMBER: 7:95CR00033-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __151 month(s)__.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:

  ☒ at __2:00__ p.m. on __07/24/1998__.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

DEFENDANT: Carmelo Gonzalez
CASE NUMBER: 7:95CR00033-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ___5___ year(s).

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

See Special Conditions of Supervision - Sheet    3.01

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      Carmelo Gonzalez
CASE NUMBER:    7:95CR00033-001

# SPECIAL CONDITIONS OF SUPERVISION

(1) Defendant shall participate in a program approved by the U.S. Probation Office for substance abuse testing and, if necessary, treatment for drug/alcohol addiction or dependency.

DEFENDANT: Carmelo Gonzalez
CASE NUMBER: 7:95CR00033-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 50.00 | $ | $ |

☐ If applicable, restitution amount ordered pursuant to plea agreement . . . . . . . . . . . . . .  $ _____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _____ .

The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐ The interest requirement is waived.

　　☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until _____ . An Amended Judgment in a Criminal Case will be entered after such determination.

☐ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | ** Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Totals: | $ | $ | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

Judgment-Page __5__ of __7__

DEFENDANT: Carmelo Gonzalez
CASE NUMBER: 7:95CR00033-001

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [X] in full immediately; or

B [ ] $ _____ immediately, balance due (in accordance with C, D, or E); or

C [ ] not later than _____ ; or

D [ ] in installments to commence _____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ] in _____ (e.g. equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the United States Courts National Fine Center, Administrative Office of the United States Courts, Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program. If the National Fine Center is not operating in this district, all criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

Judgment-Page __6__ of __7__

DEFENDANT: Carmelo Gonzalez
CASE NUMBER: 7:95CR00033-001

# STATEMENT OF REASONS

☒ The court adopts the factual findings and guideline application in the presentence report.

**OR**

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: __32__

Criminal History Category: __II__

Imprisonment Range: __151__ to __188__ months

Supervised Release Range: _____ to __5__ years

Fine Range: $ __17,500.00__ to $ __4,000,000.00__

☒ Fine waived or below the guideline range because of inability to pay.

Total Amount of Restitution: $ _____

☐ Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweighs the need to provide restitution to any victims, pursuant to 18 U.S.C. § 3663(d).

☐ For offenses that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.

☐ Partial restitution is ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.

**OR**

☒ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):
Seriousness of offense and totality of circumstances.

**OR**

☐ The sentence departs from the guideline range:
  ☐ upon motion of the government, as a result of defendant's substantial assistance.
  ☐ for the following specific reason(s):

DEFENDANT: Carmelo Gonzalez
CASE NUMBER: 7:95CR00033-001

# DENIAL OF FEDERAL BENEFITS
(For Offenses Committed On or After November 18, 1988)

## FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 862(a)

IT IS ORDERED that the defendant shall be:

☒ ineligible for all federal benefits for a period of __5__ year(s).

☐ ineligible for the following federal benefits for a period of _____.
(specify benefit(s))

## OR

☐ Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

## FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 862(b)

IT IS ORDERED that the defendant shall be:

☐ ineligible for all federal benefits for a period of _____.

☐ ineligible for the following federal benefits for a period of _____.
(specify benefit(s))

ENTERED ON DOCKET
__8-10__, 19__98__
Gregory J. Leonard, Clerk
by _____
Deputy Clerk

☐ successfully complete a drug testing and treatment program.

☐ perform community service, as specified in the probation and supervised release portion of this judgment.

☐ Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

Pursuant to 21 U.S.C. § 862(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility. The clerk of court is responsible for sending a copy of this page and the first page of this judgment to:

U.S. Department of Justice, Office of Justice Programs, Washington, DC 20531

UNITED STATES DISTRICT COURT
Middle District of Georgia

IN THE MATTER OF                                            No. 7:95-cr-00033

USA - plaintiff

v.

Gonzalez - defendant

Doc. ID No.: 61 -

---

CERTIFICATE OF SERVICE

This is to certify that I have on this date mailed a copy of
the attached document to:

    Tamara A. Jarrett, Esq.
    P.O. Box U
    Macon, GA  31202

    Samuel Fielding Greneker, Esq.
    P.O. Box 1823
    Valdosta, GA  31603-1823

*US Prob.*
*US Marshal*
*Deft*

Dated: August 10, 1998

                                 Gregory J. Leonard, CLERK
                                 By
                                 Deputy Clerk

U.S. District Court [LIVE AREA]
Middle District of Georgia (Valdosta)
CRIMINAL DOCKET FOR CASE #: 7:95-cr-00033-WDO-1
Internal Use Only

Case title: USA v. Gonzalez, et al    Date Filed: 10/20/1995

Assigned to: Judge Wilbur D. Owens, Jr

**Defendant**

**Carmelo Gonzalez** (1)
*TERMINATED: 08/10/1998*

represented by **Samuel Fielding Greneker**
P.O. Box 1823
Valdosta, GA 31603-1823
229-245-9478
*TERMINATED: 08/10/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:841(a)(1) and 18:2: Possess with intent to distribute cocaine base, SCH II CTRL SUB
(1)

**Disposition**

151 mos impri; 5 yrs supervised release

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**
USA

represented by **Tamara A. Jarrett**
PO Box 1702
Macon, GA 31202-1702

A true and certified copy.
This _____, 20___
GREGORY J. LEONARD, CLERK
U. S. Dist. Court, MD Ga.
By: _____ DEPUTY CLERK

478-752-3511
Fax: 478-621-2655
Email: tamara.jarrett@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/1995 | 1 | SEALED INDICTMENT as to Carmelo Gonzalez (1) count(s) 1; Santos Bravo (2) count(s) 1 (np) (Entered: 10/25/1995) |
| 10/20/1995 | | **Added Government Attorney Tamara A. Jarrett (np) (Entered: 10/25/1995) |
| 10/23/1995 | | Arrest WARRANT issued as to Carmelo Gonzalez, Santos Bravo (np) (Entered: 10/25/1995) |
| 10/23/1995 | | Case Unsealed. (np) (Entered: 07/08/1997) |
| 02/05/1996 | | **Certificate of Service (np) (Entered: 02/05/1996) |
| 03/14/1996 | | **Certificate of Service (np) (Entered: 03/14/1996) |
| 08/28/1996 | | **Certificate of Service (np) (Entered: 08/28/1996) |
| 11/21/1996 | | **Certificate of Service (np) (Entered: 11/21/1996) |
| 11/21/1996 | | **Certificate of Service (np) (Entered: 11/21/1996) |
| 11/21/1996 | | **Certificate of Service (np) (Entered: 11/21/1996) |
| 11/21/1996 | | **Certificate of Service (np) (Entered: 11/21/1996) |
| 04/11/1997 | | **Certificate of Service (np) (Entered: 04/11/1997) |
| 07/14/1997 | | ARREST of Carmelo Gonzalez in Southern District of FL (np) (Entered: 09/03/1997) |
| 08/14/1997 | | Arrest WARRANT Returned Executed as to Carmelo Gonzalez on 7/14/97 (np) (Entered: 08/14/1997) |
| 08/29/1997 | 41 | Rule 40 Documents as to Carmelo Gonzalez received from Southern District of FL consisting of docket sheet; Order of Removal; Bond satisfied as $75,000 corporate surety bond (np) (Entered: 09/03/1997) |
| 08/29/1997 | | **Location LR as to Carmelo Gonzalez (np) (Entered: 09/03/1997) |
| 09/08/1997 | 42 | NOTICE of Appearance for Carmelo Gonzalez by Attorney Samuel Fielding Greneker (np) (Entered: 09/11/1997) |
| 09/08/1997 | 43 | MOTION by Carmelo Gonzalez for Discovery (Pursuant to Standard Pretrial Order) (np) (Entered: 09/11/1997) |
| 09/08/1997 | 44 | MOTION by Carmelo Gonzalez for Bill of Particulars (np) (Entered: 09/11/1997) |

| 09/15/1997 | 45 | RESPONSE by USA as to Carmelo Gonzalez re [43-1] motion for Discovery (Pursuant to Standard Pretrial Order) (np) (Entered: 09/15/1997) |
| --- | --- | --- |
| 09/15/1997 | 46 | RESPONSE by USA as to Carmelo Gonzalez re [44-1] motion for Bill of Particulars (np) (Entered: 09/15/1997) |
| 09/15/1997 | | Original case file mailed to Judge Hodge in Albany. (np) (Entered: 09/15/1997) |
| 09/30/1997 | | Initial appearance hearing as to Carmelo Gonzalez held (Defendant informed of rights.) (np) (Entered: 10/16/1997) |
| 09/30/1997 | | **JS2 Opening Card for Carmelo Gonzalez (np) (Entered: 10/16/1997) |
| 09/30/1997 | | Arraignment as to Carmelo Gonzalez held - Defendant waived formal reading of indictment and entered plea of NOT GUILTY in writing. (np) (Entered: 10/16/1997) |
| 09/30/1997 | 47 | Minute sheet as to Carmelo Gonzalez : Initial Appearance in MDGA/Arraignment held before Judge Hodge in Albany, GA; Deft pled not guilty; No trial date set (np) (Entered: 10/16/1997) |
| 09/30/1997 | 48 | NOTICE of Sentencing Guidelines (168-210 mos) as to Carmelo Gonzalez (np) (Entered: 10/16/1997) |
| 09/30/1997 | 49 | PLEA entered by Carmelo Gonzalez. Court accepts plea. Not Guilty: Carmelo Gonzalez (1) count(s) 1 (np) (Entered: 10/16/1997) |
| 09/30/1997 | 50 | NOTICE to RETAINED ATTORNEY Sam Greneker as to Carmelo Gonzalez (np) (Entered: 10/16/1997) |
| 09/30/1997 | 51 | STANDARD PRETRIAL ORDER as to Carmelo Gonzalez ( Signed by Mag. Judge Richard L. Hodge ) (np) (Entered: 10/16/1997) |
| 10/16/1997 | | **Certificate of Service (np) (Entered: 10/16/1997) |
| 11/07/1997 | | **Terminated document(s) as to Carmelo Gonzalez : terminating [43-1] motion for Discovery (Pursuant to Standard Pretrial Order) as to Carmelo Gonzalez (1) (np) (Entered: 11/07/1997) |
| 01/23/1998 | 52 | MOTION by USA as to Carmelo Gonzalez for Revocation of Pretrial Release and for Issuance of Bench Warrant (np) (Entered: 02/27/1998) |
| 02/27/1998 | | Motion(s) referred to Mag. Judge Richard L. Hodge as to Carmelo Gonzalez : [52-1] motion for Revocation of Pretrial Release and for Issuance of Bench Warrant (np) (Entered: 02/27/1998) |
| 03/03/1998 | 53 | Minute sheet as to Carmelo Gonzalez : re: Revocation Motion - no hearing held as meeting between the parties and the Court agreed to modify conditions of release to include substance abuse treatment (recorder) (np) (Entered: 03/09/1998) |
| 03/03/1998 | 54 | ORDER as to Carmelo Gonzalez, Modifying Conditions of Release to include substance abuse treatment ( Signed by Mag. Judge Richard L. |

|  |  | Hodge ) (np) (Entered: 03/09/1998) |
|---|---|---|
| 03/09/1998 |  | **Terminated document(s) as to Carmelo Gonzalez : terminating [52-1] motion for Revocation of Pretrial Release and for Issuance of Bench Warrant as to Carmelo Gonzalez (1) (np) (Entered: 03/09/1998) |
| 04/01/1998 |  | Motion(s) referred to Mag. Judge Richard L. Hodge as to Carmelo Gonzalez : [44-1] motion for Bill of Particulars (np) (Entered: 04/01/1998) |
| 04/14/1998 |  | Change of Plea Hearing as to Carmelo Gonzalez held (np) (Entered: 04/15/1998) |
| 04/14/1998 | 55 | Plea Agreement as to Carmelo Gonzalez (np) (Entered: 04/15/1998) |
| 04/14/1998 | 56 | PLEA entered by Carmelo Gonzalez. Court accepts plea. Guilty: Carmelo Gonzalez (1) count(s) 1 (Terminated motions: terminating [44-1] motion for Bill of Particulars as to Carmelo Gonzalez (1) ) (np) (Entered: 04/15/1998) |
| 04/14/1998 | 57 | Minute sheet as to Carmelo Gonzalez : Change of Plea Hearing held before Judge Owens in Macon, GA; Deft pled guilty to the 1 Ct. Indictment; Plea Agreement signed and filed; JUDGE OWENS ORDERS FILE SEALED (Court Reporter: Pat Ussery) (np) Modified on 04/15/1998 (Entered: 04/15/1998) |
| 04/15/1998 |  | Case Sealed. (np) (Entered: 04/15/1998) |
| 06/03/1998 | 58 | OBJECTION by Carmelo Gonzalez to Presentence Investigation Report as to Carmelo Gonzalez (np) (Entered: 06/08/1998) |
| 07/23/1998 |  | Sentencing held Carmelo Gonzalez (1) count(s) 1 (Court Reporter: Craig DeLoach) (np) (Entered: 07/23/1998) |
| 07/23/1998 | 59 | Appeal Information Package as to Carmelo Gonzalez. Information hand delivered to defendant at sentencing. (np) (Entered: 07/23/1998) |
| 07/23/1998 | 60 | ORDER TO SURRENDER (no cash bond was required per Judge Owens) as to Carmelo Gonzalez at U.S. Marshal's Service, Miami, FL, on 7/24/98 by 11:00 a.m. (signed by Judge Wilbur D. Owens Jr. ) (np) Modified on 07/23/1998 (Entered: 07/23/1998) |
| 07/23/1998 |  | Case Unsealed. (np) (Entered: 08/04/1998) |
| 08/10/1998 |  | **Certificate of Service (np) (Entered: 08/10/1998) |
| 08/10/1998 | 61 | JUDGMENT as to Carmelo Gonzalez (1) count(s) 1. 151 mos impri; 5 yrs supervised release not to possess firearms; substance abuse testing; $100 mandatory assessment ( Signed by Judge Wilbur D. Owens Jr. ) (np) (Entered: 08/10/1998) |
| 09/30/1998 |  | Judgment Returned Executed as to Carmelo Gonzalez ; on 9/15/98 deft was delivered to FCC Coleman Low, Coleman, FL (np) (Entered: 09/30/1998) |
|  |  |  |

| 09/27/2000 | 62 | MOTION by USA as to Carmelo Gonzalez for relief i/a/w Rule 35 (np) (Entered: 09/27/2000) |
| --- | --- | --- |
| 09/27/2000 |  | Motion submission as to Carmelo Gonzalez : submitted [62-1] motion for relief i/a/w Rule 35 as to Carmelo Gonzalez (1) (np) (Entered: 09/27/2000) |
| 10/05/2000 | 63 | ORDER as to Carmelo Gonzalez granting [62-1] motion for relief i/a/w Rule 35 as to Carmelo Gonzalez (1), and Reducing Sentence from 151 mos impri to 97 mos impri ( Signed by Judge Wilbur D. Owens Jr. ) (np) (Entered: 10/11/2000) |
| 11/29/2005 | 64 | Supervised Release Jurisdiction Transferred to Southern District of Florida as to Carmelo Gonzalez Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (ans, ) (Entered: 12/05/2005) |
| 12/05/2005 | 65 | Letter regarding Transfer of Supervised Release Jurisdiction to Southern District of Florida (ans, ) (Entered: 12/05/2005) |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 7:95-CR-33-WDO |
| CARMELO GONZALEZ : | VIOLATIONS: |
| and : | 21 U.S.C. § 841(a)(1) |
| SANTOS BRAVO : | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

That on or about April 12, 1995, in the Valdosta Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

CARMELO GONZALEZ
and
SANTOS BRAVO

aided and abetted by each other, and by others both known and unknown to the Grand Jury, did unlawfully, knowingly, willfully, and intentionally possess with intent to distribute a schedule II controlled substance, to-wit: a mixture and substance containing a detectable amount of cocaine, that is cocaine base; all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL.

_____William Donald Lamer_____
FOREMAN OF THE GRAND JURY

Presented by:

_____
TAMARA JARRETT
ASSISTANT UNITED STATES ATTORNEY

A true and certified copy,
This_____, 20___
GREGORY J. LEONARD, CLERK
U. S. Dist Court M.D.Ga.
By:_____
DEPUTY CLERK

No. _____

# UNITED STATES DISTRICT COURT

MIDDLE District of GEORGIA

VALDOSTA Division

THE UNITED STATES OF AMERICA

vs.

CARMELO GONZALEZ and

SANTOS BRAVO

## INDICTMENT

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

A true bill.

_William Dewell Laws_ Foreman

Filed in open court this ___20th___ day,

of ___Oct___ A.D. 19 95

_Wileida Witt_ Clerk
  Deputy

Bail, $ _____

FORM OBD-34
APR. 91

# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P. O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD
CLERK
PHONE: 478/752-3497
FAX: 478/752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

December 5, 2005

United States District Court
Office of the Clerk
Southern District of Florida
301 North Miami Avenue
Miami, FL 33128

   RE: USA v. Carmelo Gonzalez
      Case No: 7:95-CR-33-1-WDO

Dear Clerk:

Pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer/supervised releasee has been transferred to your court. In compliance with the Transfer of Jurisdiction, the following items are being forwarded herewith:

- (1) original form PROB 22 Transfer of Jurisdiction
- (1) certified copy of the Indictment/Information
- (1) certified copy of the J&C
- (1) certified copy of the docket sheet

Please acknowledge receipt of the above on the enclosed copy of this letter and return it in the envelope which has been provided.

Sincerely,

GREGORY J. LEONARD, CLERK

s/Amy M. NeSmith
Criminal Deputy Clerk

xc: Financial Litigation Unit, U.S. Attorney's Office
   Financial Administrator

---

Received said papers on _____

Case Number Assigned _____

By: _____